- 

Live Updates

- 

- Overall
- Casino
- Online

Jump to

Page 1 of 5Next

## Shahen Martirosian Poker Results

| Date ↓ | Event | Buy-in | Place | Winnings | POY Pts. | OPOY Pts. |
|---|---|---|---|---|---|---|
| Oct 14, '15 | $1,100 No-Limit Hold'em<br>CPPT III - Big Poker Oktober | $1,100 | 28 | $3,110 | 0 | - |
| Oct 09, '15 | $235 No-Limit Hold'em $200K GTD<br>CPPT III - Big Poker Oktober | $200 | 86 | $515 | 0 | - |
| Sep 27, '15 | $235 No-Limit Hold'em $300K GTD<br>CPPT III - Big Poker Oktober | $200 | 20 | $3,250 | 0 | - |
| Aug 25, '15 | $160 No-Limit Hold'em $1 Million GTD<br>2015 Legends of Poker (WPT) | $130 | 149 | $1,675 | 0 | - |
| Aug 12, '15 | $345 No-Limit Hold'em<br>2015 Legends of Poker (WPT) | $300 | 129 | $925 | 0 | - |
| Aug 01, '15 | $345 No-Limit Hold'em Bounty $30K GTD<br>2015 Legends of Poker (WPT) | $300 | 15 | $640 | 0 | - |
| Jul 31, '15 | $235 No-Limit Hold'em $200K GTD<br>2015 Legends of Poker (WPT) | $200 | 135 | $460 | 0 | - |
| Jun 24, '15 | $180 No-Limit Hold'em $150K GTD<br>2015 WPTDeepStacks - Los Angeles | $150 | 67 | $540 | 0 | - |
| Jun 02, '15 | $565 No-Limit Hold'em $5 Million GTD<br>2015 World Series of Poker | $565 | 218 | $7,170 | 0 | - |
| May 25, '15 | $345 No-Limit Hold'em $200K GTD<br>2015 Summer Poker Series | $300 | 84 | $695 | 0 | - |

EXHIBIT____

| Date ↓ | Event | Buy-in | Place | Winnings | POY Pts. | OPOY Pts. |
|---|---|---|---|---|---|---|
| May 12, '15 | $350 No-Limit Hold'em 8 Hrs & Time to Chop $20K GTD<br>2015 California State Poker Championship | $350 | 6 | $1,855 | 0 | - |
| May 10, '15 | $240 No-Limit Hold'em $250K GTD<br>2015 California State Poker Championship | $240 | 65 | $725 | 0 | - |
| May 01, '15 | $175 No-Limit Hold'em $50K GTD<br>2015 California State Poker Championship | $175 | 24 | $480 | 0 | - |
| Apr 14, '15 | $160 No-Limit Hold'em $300K GTD<br>2015 Liz Flynt Spring Poker Classic | $160 | 83 | $900 | 0 | - |
| Apr 07, '15 | $160 No-Limit Hold'em $1 Million GTD<br>2015 Winnin' O' the Green Series (WSOP Circuit) | $160 | 197 | $1,100 | 0 | - |
| Mar 22, '15 | $345 No-Limit Hold'em $75K GTD<br>2015 Winnin' O' the Green Series (WSOP Circuit) | $345 | 3 | $14,000 | 0 | - |
| Mar 20, '15 | $100 No-Limit Hold'em $30K GTD<br>2015 Winnin' O' the Green Series (WSOP Circuit) | $100 | 10 | $2,930 | 0 | - |
| Mar 09, '15 | $365 No-Limit Hold'em $200K GTD (WSOPC Event)<br>2015 Winnin' O' the Green Series (WSOP Circuit) | $365 | 20 | $2,795 | 0 | - |
| Mar 04, '15 | $1,100 No-Limit Hold'em Bounty $100K GTD<br>2015 L.A. Poker Classic (WPT) | $1,100 | 3 | $10,980 | 224 | - |
| Feb 08, '15 | $240 No-Limit Hold'em $500K GTD<br>2015 L.A. Poker Classic (WPT) | $240 | 10 | $7,670 | 0 | - |
| Jan 13, '15 | $235 No-Limit Hold'em $200K GTD<br>2015 Winter Poker Series | $200 | 10 | $4,675 | 0 | - |

## Shahen Martirosian Poker Results

| Date ↓ | Event | Buy-in | Place | Winnings | POY Pts. | OPOY Pts. |
|---|---|---|---|---|---|---|
| Jan 08, '15 | $150 No-Limit Hold'em $100K GTD<br>2015 Winter Poker Series | $120 | 73 | $545 | 0 | - |
| Dec 29, '14 | $160 No-Limit Hold'em $200K GTD<br>2014 Grand Finale Tournament $200K GTD | $160 | 23 | $1,725 | 0 | - |
| Dec 09, '14 | $160 No-Limit Hold'em $300K GTD<br>2014 Larry Flynt's Holiday Poker Classic | $160 | 135 | $625 | 0 | - |
| Dec 02, '14 | $500 No-Limit Hold'em $200K GTD<br>2014 Larry Flynt's Holiday Poker Classic | $500 | 8 | $6,000 | 70 | - |
| Nov 13, '14 | $600 No-Limit Hold'em $150K Guarantee<br>2014 Deepstack Extravaganza IV | $549 | 40 | $1,206 | 0 | - |
| Nov 07, '14 | $160 No-Limit Hold'em $50K Guarantee | $160 | 13 | $810 | 0 | - |

| Date ↓ | Event | Buy-in | Place | Winnings | POY Pts. | OPOY Pts. |
|---|---|---|---|---|---|---|
| | 2014 L.A. Poker Open | | | | | |
| Nov 05, '14 | $550 No-Limit Hold'em $250K Guarantee<br>2014 Liz Flynt Fall Poker Classic | $550 | 23 | $2,400 | 0 | - |
| Nov 02, '14 | $1,100 No-Limit Hold'em $200K Guarantee<br>2014 WPTDeepstacks San Diego | $1,000 | 12 | $7,213 | 0 | - |
| Oct 27, '14 | $160 No-Limit Hold'em $300K Guarantee<br>2014 Liz Flynt Fall Poker Classic | $160 | 137 | $520 | 0 | - |
| Oct 27, '14 | $235 No-Limit Hold'em $20K Guarantee<br>2014 Liz Flynt Fall Poker Classic | $235 | 2 | $6,350 | 0 | - |
| Oct 15, '14 | $1,100 No-Limit Hold'em<br>CPPT II - Big Poker Oktober | $1,100 | 41 | $3,115 | 0 | - |
| Oct 07, '14 | $160 No-Limit Hold'em $1 Million Guarantee<br>CPPT II - Big Poker Oktober | $160 | 167 | $4,000 | 0 | - |
| Sep 25, '14 | $235 No-Limit Hold'em $200K Guarantee<br>CPPT II - Big Poker Oktober | $235 | 67 | $690 | 0 | - |
| Sep 07, '14 | $240 No-Limit Hold'em $25K Guarantee<br>2014 HPT - California - Commerce Poker Series | $240 | 6 | $3,765 | 0 | - |
| Sep 02, '14 | $160 No-Limit Hold'em $500K Guarantee<br>2014 Legends of Poker (WPT) | $130 | 156 | $820 | 0 | - |
| Aug 19, '14 | $160 No-Limit Hold'em $1 Million Guarantee<br>2014 Legends of Poker (WPT) | $130 | 15 | $14,385 | 0 | - |
| Aug 03, '14 | $345 No-Limit Hold'em $75K Guarantee<br>2014 Legends of Poker (WPT) | $300 | 11 | $1,645 | 0 | - |
| Aug 01, '14 | $235 No-Limit Hold'em $200K Guarantee<br>2014 Legends of Poker (WPT) | $200 | 25 | $1,600 | 0 | - |
| Jul 30, '14 | $500 No-Limit Hold'em $400K Guarantee<br>2014 Grand Slam of Poker | $500 | 31 | $2,925 | 0 | - |
| Jul 22, '14 | $260 No-Limit Hold'em $25K Guarantee<br>2014 Grand Slam of Poker | $260 | 4 | $3,900 | 0 | - |
| Jul 15, '14 | $75 No-Limit Hold'em $150K 1st Place Guarantee<br>2014 Summer Poker Series | $50 | 255 | $455 | 0 | - |

## Shahen Martirosian Poker Results

| Date ↓ | Event | Buy-in | Place | Winnings | POY Pts. | OPOY Pts. |
|---|---|---|---|---|---|---|
| Jul 14, '14 | $10,000 No-Limit Hold'em | $10,000 | 38 | $186,388 | 0 | - |

| Date ↓ | Event | Buy-in | Place | Winnings | POY Pts. | OPOY Pts. |
|---|---|---|---|---|---|---|
| | 2014 World Series of Poker | | | | | |
| Jul 01, '14 | $150 No-Limit Hold'em $15K Guarantee<br>2014 Summer Poker Series | $120 | 9 | $550 | 0 | - |
| May 11, '14 | $570 No-Limit Hold'em $150K Guarantee<br>2014 HPT - California State Poker Championship | $570 | 10 | $2,420 | 0 | - |
| May 09, '14 | $350 No-Limit Hold'em $100K Guarantee<br>2014 HPT - California State Poker Championship | $350 | 31 | $740 | 0 | - |
| Apr 22, '14 | $160 No-Limit Hold'em $500K Guarantee<br>2014 Liz Flynt Spring Poker Classic | $160 | 147 | $725 | 0 | - |
| Apr 05, '14 | $160 No-Limit Hold'em $300K Guarantee<br>2014 Winnin' o' the Green (WSOPC) | $160 | 79 | $1,000 | 0 | - |
| Apr 01, '14 | $160 No-Limit Hold'em $1 Million Guarantee<br>2014 Winnin' o' the Green (WSOPC) | $160 | 142 | $1,400 | 0 | - |
| Mar 13, '14 | $365 No-Limit Hold'em<br>2014 Winnin' o' the Green (WSOPC) | $365 | 1 | $13,535 | 0 | - |
| Mar 06, '14 | $10,000 No-Limit Hold'em<br>2014 L.A. Poker Classic (WPT) | $10,000 | 27 | $36,400 | 0 | - |
| Feb 01, '14 | $350 No-Limit Hold'em $100K Guarantee<br>2014 L.A. Poker Classic (WPT) | $350 | 15 | $1,860 | 0 | - |
| Jan 26, '14 | $150 No-Limit Hold'em $1 Million Guarantee<br>2014 L.A. Poker Classic (WPT) | $150 | 752 | $250 | 0 | - |
| Dec 27, '13 | $130 No-Limit Hold'em<br>2013 Larry Flynt's Holiday Poker Classic | $130 | 8 | $350 | 0 | - |
| Nov 25, '13 | $1,650 No-Limit Holde'm $500K Guarantee<br>2013 L.A. Poker Open | $1,650 | 43 | $4,790 | 0 | - |
| Nov 09, '13 | $235 No-Limit Hold'em $250K Guarantee<br>2013 L.A. Poker Open | $235 | 24 | $1,900 | 0 | - |
| Oct 15, '13 | Main Event $200K Guarantee<br>2013 Big Poker Oktober | $550 | 12 | $7,815 | 0 | - |
| Sep 04, '13 | Main Event<br>2013 WPT Legends of Poker | $3,700 | 9 | $34,030 | 114 | - |
| Aug 14, '13 | Event 5 - No-Limit Hold'em<br>2013 WPT Legends of Poker | $160 | 319 | $800 | 0 | - |
| Jun 18, '13 | Event 10 - No-Limit Hold'em Re-Entry<br>2013 Los Angeles Poker Series | $150 | 102 | $600 | 0 | - |
| May 27, '13 | Event 5-$235 No-Limit Hold'em DeepStack ($30,000 Guarantee)<br>CPPT - The Bicycle Casino | $200 | 4 | $2,890 | 0 | - |

| Date ↓ | Event | Buy-in | Place | Winnings | POY Pts. | OPOY Pts. |
|---|---|---|---|---|---|---|
| | 2011 Los Angeles Poker Series | | | | | |
| May 15, '11 | Event 9 - No-Limit Hold'em Turbo<br>2011 California State Poker Championship | $125 | 3 | $23,100 | 0 | - |
| Mar 19, '11 | Event 32 - No-Limit Hold'em<br>2011 The Big Event | $200 | 13 | $1,900 | 0 | - |
| Feb 25, '11 | Event 1 - No-Limit Hold'em Quantum Reload<br>2011 The Big Event | $110 | 34 | $1,150 | 0 | - |
| Feb 15, '11 | Event 36 - No-Limit Hold'em 6 Handed at 36<br>Players<br>2011 L.A. Poker Classic | $545 | 2 | $19,295 | 150 | - |
| Feb 05, '11 | Event 20 - No-Limit Hold'em Turbo<br>2011 L.A. Poker Classic | $125 | 122 | $400 | 0 | - |
| Jan 22, '11 | Event 1 - No-Limit Hold'em<br>2011 L.A. Poker Classic | $335 | 57 | $2,360 | 0 | - |
| Oct 08, '08 | No-Limit Hold'em Event 17<br>2008 Big Poker Oktober | $300 | 8 | $1,835 | 64 | - |
| Oct 05, '08 | No-Limit Hold'em Event 14<br>2008 Big Poker Oktober | $100 | 10 | $680 | 0 | - |

1   AMELIA V. VETRONE, Counsel (SBN 134612)
    Bureau of Real Estate
2   320 West 4th Street, Suite 350
3   Los Angeles, California 90013-1105

4   Telephone:      (213) 576-6982
    (Direct)        (213) 576-6940
5

**F I L E D**

JUL 0 3 2015
BUREAU OF REAL ESTATE

By _(signature)_

6

7

8               BEFORE THE BUREAU OF REAL ESTATE

9                     STATE OF CALIFORNIA

10                          * * *

11  In the Matter of the Accusation of          )    No. H- 39870 LA
                                                )
12  COMMERCIAL PROPERTY                         )    A C C U S A T I O N
13  INVESTMENT, INC. dba Realty                 )
    Executives Premiere; and SHAHEN             )
14  MARTIROSIAN, individually and               )
    as designated officer of Commercial         )
15  Property Investment, Inc.,                   )
                                                )
16                                              )
                    Respondents.                )
17                                              )

18          The Complainant, Veronica Kilpatrick, a Deputy Real Estate Commissioner of

19  the State of California, acting in her official capacity, for cause of Accusation against

20  COMMERCIAL PROPERTY INVESTMENT, INC. dba Realty Executives Premiere, and

21  SHAHEN MARTIROSIAN, individually and as designated officer of Commercial Property

22  Investment, Inc. ("Respondents") alleges as follows:

23                                   1.

24          All references to the "Code" are to the California Business and Professions Code

25  and all references to "Regulations" are to Title 10, Chapter 6, California Code of Regulations.

26  ///

27  ///

                                    – 1 –
        ACCUSATION AGAINST COMMERCIAL PROPERTY INVESTMENT, INC. et. al.

EXHIBIT  2

2.

Respondent COMMERCIAL PROPERTY INVESTMENT, INC. ("CPII") is presently licensed and/or has license rights under the Real Estate Law, Part 1 of Division 4 of the California Business and Professions Code as a corporate real estate broker. Respondent was originally licensed as a corporate real estate broker on or about September 23, 2004, with Respondent SHAHEN MARTIROSIAN ("MARTIROSIAN") as its designated officer. Respondent MARTIROSIAN is the current designated officer of CPII which has operated the licensed fictitious business of Realty Executives Premiere since February 6, 2007. The corporate real estate broker license of CPII is due to expire on December 15, 2016.

3.

Respondent MARTIROSIAN is presently licensed and/or has license rights under the Real Estate Law, Part 1 of Division 4 of the California Business and Professions Code as a real estate broker. Respondent MARTIROSIAN was originally licensed as a real estate salesperson on August 11, 1998, and as a real estate broker on July 21, 2004. MARTIROSIAN's real estate broker license is due to expire on July 20, 2016.

4.

At all times mentioned, in the Van Nuys, County of Los Angeles, Respondents engaged in the business of, acted in the capacity of, advertised, or assumed to act as real estate brokers within the meaning of Code Section 10131(a), including the solicitation for listings of and the negotiation of the purchase and sale of real property as the agent of others by and through licensed corporate real estate broker CPII, and the conducting of broker-controlled escrow activities under the real estate broker license of Respondent CPII pursuant to Financial Code Section 17006(a)(4).

///

///

///

///

-2-

ACCUSATION AGAINST COMMERCIAL PROPERTY INVESTMENT, INC. et. al.

FIRST CAUSE OF ACCUSATION

(AUDIT OF CPII)

5.

On March 30, 2015, the Bureau of Real Estate ("Bureau") completed an audit examination of the books and records of Respondent CPII, with regard to the broker-controlled escrow activities described in paragraph 4, above.  The audit examination covered the period of time from January 1, 2013, to June 30, 2014.  The primary purpose of the examination was to determine Respondents' compliance with the Real Estate Law.  The audit examination revealed numerous violations of the Code and the Regulations as set forth in the following paragraphs, and more fully discussed in Audit Report LA140021 and the exhibits and work papers attached to said audit reports.

Bank and Trust Accounts

6.

At all times herein relevant, in connection with the activities described in Paragraph 4, above, CPII accepted or received funds including funds to be held in trust ("trust funds") from or on behalf of actual or prospective parties in connection with the purchase and sale of real property.  Thereafter CPII made deposits and disbursements of such trust funds. From time to time herein mentioned during the audit period, said trust funds were deposited and/or maintained by CPII in the following bank accounts:

CPI Real Estate Group, Inc.
Realty Executives Premiere Escrow Division
Account No. 325XXXX (Redacted for security)
Bank of America
Wilmington, DE

(B/A #1 – general operating account where trust funds were deposited and disbursed)

///
///
///

– 3 –
ACCUSATION AGAINST COMMERCIAL PROPERTY INVESTMENT, INC. et. al.

Realty Executives Premiere Escrow Division Trust Account
Account No. 802XXXX (Redacted for security)
East West Bank
Unknown address

(T/A #1 – CPII's trust account used to deposit escrow trust funds – Account closed)

Violations

7.

With respect to the licensed activities referred to in Paragraph 4, and the audit examination including the exhibits and work papers referenced in Paragraph 5, it is alleged that Respondents:

(a)    Permitted, allowed or caused the disbursement of trust funds from bank account B/A #1 to fall to an amount which, as of June 30, 2014, was $507,423.73 less than the existing aggregate trust fund liability to the owners of said funds, without first obtaining the prior written consent of the owners of said funds in violation of Code Section 10145 and Regulations 2832.1 and 2951;

(b)    Failed to maintain a complete and accurate control record of trust funds received in violation of Code Section 10145 and Regulations 2831, 2950(d), and 2951;

(c)    Failed to maintain a separate record for each beneficiary of trust funds in violation of Code Section 10145 and Regulations 2831.1, 2950(d), and 2951;

(d)    Failed to perform a monthly reconciliation of the separate record to the control record of trust funds handled through all bank accounts in violation of Code Section 10145 and Regulations 2831.2, 2950(d), and 2951;

(e)    Placed trust funds received into general bank account B/A #1 which is not designated as a trust account in the name of the broker in violation of Code Section 10145 and Regulations 2832 and 2951;

(f)    Converted trust funds to their own use by depositing trust funds received in escrow into general operating account, B/A #1, in violation of Code Sections 10145, 10176(i), and/or 10177(g) and Regulation 2950(g).

– 4 –

ACCUSATION AGAINST COMMERCIAL PROPERTY INVESTMENT, INC. et. al.

1    (g)    Mixed and commingled trust funds with Respondents' general funds by

2  depositing trust funds into general account B/A #1 and disbursing those trust funds without

3  written authorization from the owner of such funds in violation of Code Sections 10145 and

4  10176(e) and Regulations 2835, 2950(d) and 2951;

5    (h)    Conducted activities that require a real estate license using the fictitious

6  business name "CPI Real Estate Group Inc." without first licensing that fictitious business

7  name with the Bureau in violation of Code Section 10159.5 and Regulation 2731.

8    (i)    Failed to retain books, accounts, and records regarding real estate

9  transactions and refused to make such records available to the Real Estate Commissioner's

10  representative, to wit: the auditor, in violation of Code Section 10148;

11    (j)    As to Respondent MARTIROSIAN, failed to exercise reasonable

12  supervision over the activities of CPII, and over its employees, to ensure compliance with the

13  Real Estate Laws and the Commissioner's Regulations in violation of Code Sections 10159.2

14  and 10177(h) and Regulation 2725.

15    8.

16    The conduct of Respondents described in Paragraph 7, above, violated the Code

17  and the Regulations as set forth below:

| PARAGRAPH | PROVISIONS VIOLATED |
|---|---|
| 7(a) | Code Section 10145 |
|  | Regulations 2832.1 and 2951 |
| 7(b) | Code Section 10145 |
|  | Regulations 2831, 2950(d), and 2951 |
| 7(c) | Code Section 10145 |
|  | Regulations 2831.1, 2950(d), and 2951 |

-- 5 --

ACCUSATION AGAINST COMMERCIAL PROPERTY INVESTMENT, INC. et. al.

| | | |
|---|---|---|
| 1 | 7(d) | Code Section 10145 |
| 2 | | Regulations 2831.2, 2950(d), and 2951 |
| 3 | | |
| 4 | 7(e) | Code Section 10145 |
| 5 | | Regulations 2832 and 2951 |
| 6 | | |
| 7 | 7(f) | Code Sections 10145, 10176(i), and/or 10177(g) |
| 8 | | Regulation 2950(g) |
| 9 | | |
| 10 | 7(g) | Code Sections 10145 and 10176(e) |
| 11 | | Regulations 2835, 2950(d) and 2951 |
| 12 | | |
| 13 | 7(h) | Regulation 2731 |
| 14 | | |
| 15 | 7(i) | Code Section 10148 |
| 16 | | |
| 17 | 7(j) | Code Sections 10159.2 and 10177(h) |
| 18 | | Regulation 2725 |
| 19 | | |

Each of the foregoing violations constitute cause for the suspension or revocation of the real estate license and license rights of Respondents under the provisions of Code Sections 10176(e), 10176(i), 10177(d), 10177(g), and/or 10177(h).

<u>SECOND CAUSE OF ACCUSATION</u>

(Conversion of Trust Funds)

9.

On or about April 16, 2014, Respondents entered into a residential real estate purchase agreement as the real estate broker representing the buyer for real property located at

– 6 –

ACCUSATION AGAINST COMMERCIAL PROPERTY INVESTMENT, INC. et. al.

6871 Valley Circle Blvd. #3 in West Hills, California. The escrow for the transaction was performed by the broker controlled escrow Realty Executives Premiere, the licensed fictitious business name of CPII.

10.

At the conclusion of the transaction, Respondents issued a check for the sales proceeds in the amount of $401,031.16 to Loren and Scott B., the sellers. At the time the check was issued, Respondents had insufficient funds in bank account B/A #1 to honor that amount. Thereafter, Respondent failed and refused to deposit funds into B/A #1 sufficient to enable the sellers to obtain the proceeds from the sale of their real property.

11.

The failure and refusal of Respondents to pay purchase moneys entrusted to them in connection with a real estate transaction is a conversion of such funds in violation of Code Sections 10145, 10176(e), 10176(i) and/or 10177(g) and subjects the real estate licenses and license rights of Respondents CPII and MARTIROSIAN to suspension or revocation pursuant to Code Sections 10176(e), 10176(i), 10177(d) and/or 10177(g).

12.

Respondents' activities constitute a course of conduct which includes the activities described in paragraphs 9 and 10, above, by way of example, but is by no means limited to those named consumers and their experiences.

THIRD CAUSE OF ACCUSATION

(Suspension of Corporation Status – CPII)

13.

In or about April, 2015, the Franchise Tax Board of the State of California suspended the powers, rights and privileges of Respondent CPII pursuant to the provisions of the California Revenue and Taxation Code. The corporate powers, rights and privileges of Respondent CPII remain suspended to date.

– 7 –

ACCUSATION AGAINST COMMERCIAL PROPERTY INVESTMENT, INC. et. al.

14.

The conduct of Respondent CPII as alleged above, is in violation of Section 2742(c) of Title 10, Chapter 6, California Code of Regulations, and subjects its real estate license and license rights to suspension or revocation pursuant to Code Section 10177(d) and 10177(f).

15.

California Business and Professions Code Section 10106 provides, in pertinent part, that in any order issued in resolution of a disciplinary proceeding before the Bureau, the Commissioner may request the administrative law judge to direct a licensee found to have committed a violation of this part to pay a sum not to exceed the reasonable costs of investigation and enforcement of the case.

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

-8-

ACCUSATION AGAINST COMMERCIAL PROPERTY INVESTMENT, INC. et. al.

1    WHEREFORE, Complainant prays that a hearing be conducted on the

2    allegations of this Accusation and that upon proof thereof, a decision be rendered imposing

3    disciplinary action against all the licenses and license rights of Respondents COMMERCIAL

4    PROPERTY INVESTMENT, INC. dba Realty Executives Premiere, and SHAHEN

5    MARTIROSIAN, individually and as designated officer of Commercial Property Investment,

6    Inc. under the Real Estate Law (Part 1 of Division 4 of the Business and Professions Code), for

7    the costs of investigation and enforcement as provided by law, and for such other and further

8    relief as may be proper under other applicable provisions of law.

9    Dated at San Diego, California: May 29, 2015.

10

11

12

13    Veronica Kilpatrick
      Deputy Real Estate Commissioner

14

15

16

17

18

19

20

21

22

23

24

25   cc:   Commercial Property Investment, Inc.
           Shahen Martirosian
26         Veronica Kilpatrick
           Audits – Godswill Keraoru
27         Sacto.

–9–
ACCUSATION AGAINST COMMERCIAL PROPERTY INVESTMENT, INC. et. al.